JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KHURSHEEDALAM KHAN,

          Petitioner,

         v.

MARK BOWEN, et al.,

         Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00578-MCS-SP

**JUDGMENT**

Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner with an individualized bond hearing before a neutral immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner with an individualized bond hearing within seven days, they must immediately release him.

Dated: March 23, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE